McGREGOR W. SCOTT
United States Attorney
ROSANNE L. RUST
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED
SEP 11 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANT CONCERNING:<br><br>931 Claire Avenue, Sacramento, CA 95838 | 2:15-SW-372 KJN<br><br>[~~PROPOSED~~] ORDER TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED

The case is unsealed with the exception of the original warrant and its underlying affidavit. The original search warrant and its accompanying affidavit will remain sealed. The Clerk is directed to file a redacted copy of the search warrant and underlying affidavit on the public docket.

Dated: 9/11/2018

_____
The Honorable Carolyn K. Delaney
UNITED STATES MAGISTRATE JUDGE